IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JABARI BROWN**, Reg. No. K69370, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 16 C 11653 |
| | ) |
| **JASON C. GARNETT**, Warden, | ) |
| Big Muddy River Corr. Ctr., | ) |
| | ) |
| Respondent. | ) |

## **MEMORANDUM ORDER**

Because this Court found that the 28 U.S.C. § 2254 ("Section 2254") Petition for Writ of Habeas Corpus (the "Petition") filed pro se by prisoner Jabari Brown ("Brown") appeared to reflect a good understanding of a number of the technical intricacies of such proceedings, while at the same time Brown had not satisfactorily complied with the requirements of the Clerk's-Office-supplied form of Motion for Attorney Representation ("Motion"), this January 10, 2017 memorandum order concluded by denying the Motion without prejudice, stating:

> This Court anticipates taking a fresh look at that matter after it has had an opportunity to review the responsive pleading, by then considering (1) whether a reply should be ordered (see Section 2254 Rule 5(e)) or (2) whether Brown may need the assistance of legal counsel if the responsive pleading is a legal motion.

After this Court then granted several extensions requested by the Illinois Attorney General's Office, that office has just filed an Answer to the Petition, together with an extraordinarily bulky assemblage of records relating (1) to Brown's conviction and appeals as well as (2) to his post-appeal efforts to obtain relief from the state court litigation system.

It seems exceedingly clear that Brown does need legal assistance for the preparation of a reply to that Answer (see Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts). Hence this Court is transmitting to him, together with copies of this memorandum order, three copies of a new Motion so that he may complete it, including the necessary statement in response to its paragraph 2 as to any efforts that he has made to obtain counsel on his own.

As soon as Brown complies with that requirement by completing and returning two counterparts of the Motion, one directed to the Clerk's Office[1] and the other to this Court's chambers[2] as a courtesy copy, this Court will act on that request. In the meantime the status hearing set by this Court's February 16 minute entry will proceed as scheduled, with the Attorney General's Office to make arrangements to have Brown available for telephonic participation at that time.

                                                  */s/ William D. Shadur*
                                                  _____
                                                  Milton I. Shadur
                                                  Senior United States District Judge

Date: March 8, 2017

---

[1]        Office of the Clerk
          United States District Court
          219 South Dearborn Street
          Chicago, Illinois 60604.

[2]        Honorable Milton Shadur
          United States District Court
          219 South Dearborn Street
          Suite 2388
          Chicago, Illinois 60604.