# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **JABARI BROWN**, Reg. No. K69370, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 16 C 11653 |
| ) | |
| **JASON C. GARNETT**, Warden, ) | |
| Big Muddy River Corr. Ctr., ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM ORDER

This action originated as a pro se petition filed by Jabari Brown ("Brown") pursuant to 28 U.S.C. § 2254 ("Section 2254") in which he challenges his state court conviction and sentencing pursuant to which he is serving a lengthy sentence for first degree murder. When it received Brown's petition, this Court promptly ordered the Illinois Attorney General's Office to file a response. Then when this Court received and reviewed that extensive Answer, it promptly transmitted Clerk's-Office-supplied forms of Motion for Attorney Representation ("Motion") to Brown to enable a counsel-drafted reply to be filed on his behalf as contemplated by Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts.

Brown then tendered signed counterparts of the Motion, enabling this Court to make arrangements with the Federal Defender Program to provide him with representation. That eventuated in the appointment of Federal Defender Program panel member William O. Walters to that role. Attorney Walters' appointment was made a month ago, and this memorandum order

is issued to him (with copies of course being sent to Brown as well as to defense counsel) simply as an inquiry as to when the reply to the Attorney General's Answer might be anticipated.

                                                              _____
                                                              Milton I. Shadur
                                                              Senior United States District Judge

Date:  May 8, 2017